IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Zachary Alexander Toran - #267822

No. C 13-80244 WHA

**ORDER OF SUSPENSION**

Because Zachary Alexander Toran has failed to respond to the order to show cause, Mr. Toran's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE